HARRIS v. THOMPSON CONTRS., INC.

[356 N.C. 664 (2003)]

WAYMAN HARRIS, Employee v. THOMPSON CONTRACTORS, INC., Employer, and UNITED STATES FIDELITY AND GUARANTY INSURANCE COMPANY, Carrier

No. 122PA02

(Filed 28 February 2003)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 148 N.C. App. 472, 558 S.E.2d 894 (2002), affirming an opinion and award entered by the North Carolina Industrial Commission on 24 October 2000. Heard in the Supreme Court 3 February 2003.

*The Roberts Law Firm, P.A., by Joseph B. Roberts, III, and Scott W. Roberts, for plaintiff-appellee.*

*Jones, Hewson & Woolard, by Lawrence J. Goldman, for defendant-appellants.*

*Roy Cooper, Attorney General, by Robert T. Hargett, Special Deputy Attorney General, on behalf of the North Carolina Department of Correction, amicus curiae.*

*N.C. Prisoner Legal Services, Inc., by Linda B. Weisel and Michael S. Hamden, amicus curiae.*

PER CURIAM.

AFFIRMED.